UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARIA KIVI and HILLAR KIVI | : | NO.: 3:22-cv-01000 |
| | : | |
| v. | : | |
| | : | |
| CHICO'S FAS, INC., & | : | |
| R-K FAIRFIELD I, LLC. | : | AUGUST 5, 2022 |

## <u>NOTICE OF REMOVAL</u>

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§1441 and 1446, the defendant, **Chico's FAS, Inc. ("Chico's")**, hereby gives notice that it has removed this action from the Superior Court of Connecticut, Judicial District of Bridgeport for the following reasons:

1.      This action was commenced by the issuance of Summons and Complaint dated May 5, 2022, and addressed to Chico's FAS, Inc. Service was made on Chico's on May 9, 2022.

2.      The above-described action is a civil action and is one which may be removed to the Court by petitioner, defendant therein, pursuant to the provisions of Title 28, United States Code §1441 in that the controversy is a controversy between a citizen of the State of Connecticut and a citizen of states other than Connecticut.

3.      Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process, pleadings, and orders received by the defendants as follows: (a) Summons; (b) Complaint; (c) Notices of Appearance; (d) Return of Service; (e) Answer and Special Defense of Chicos; (f) Claim for Jury of 6; (g) Plaintiffs' Reply to Chico's Special Defense; (h) Defendant R-K Fairfield I, LLC's Motion for Extension of Time to Plead; and (i) Order granting Motion for Extension of Time to Plead. See <u>Exhibit A.</u>

4.      Chico's is a Florida corporation with its headquarters located in Fort Myers, Florida. Accordingly, Chico's is treated as a citizen of Florida for purposes of determining whether this Court has subject matter jurisdiction over this action. 28 U.S.C. §1332(c)(1); See Hertz Corp. v. Friend, 599 U.S. 77, 78-79 (2010).

5.      R-K Fairfield I, LLC is a Delaware corporation with its headquarters located in Jacksonville, Florida. Accordingly, R-K Fairfield I, LLC is treated as a citizen of Florida for purposes of determining whether this Court has subject matter jurisdiction over this action. Id.

6.      Plaintiff, Maria Kivi ("Plaintiff"), is a citizen of Connecticut and at all relevant times a resident of Westport, Connecticut.

7.      Upon information and belief, named Plaintiff Hillar Kivi, husband to Maria Kivi, is a citizen of Connecticut and at all relevant times a resident of Westport, Connecticut.

8.      Therefore, this action involves a controversy wholly between citizens of different states.  There is complete diversity of citizenship.

9.      On July 8, 2022, Plaintiff responded via electronic mail to Chico's request for admissions. In this communication Plaintiff's counsel admitted that the damages, if proved at trial, are valued in excess of $75,000, exclusive of interests and costs. See Exhibit B.

10.     The Complaint alleges that on or about July 6, 2020, Plaintiff was a customer shopping in the Chico's store located at 1499 Post Road, Fairfield, CT when she allegedly slipped and fell as she exited the store and stepped out on to the sidewalk, causing injury.

11.     The Complaint further alleges that the plaintiff's injuries include a traumatic injury to her hips; tendinosis/tendinopathy and partial tearing proximal origin of the hamstrings; traumatic injury to her right hand; wrist fracture; sprain of talofibular ligament left ankle; wedge compression fracture at L4-5 and/or aggravation/exacerbation of pre-existing L4-5 fracture

and/or back pain; traumatic injury to her right knee including contusion and hematoma, and/or aggravation and/or exacerbation of a prior right knee avascular necrosis condition; and mental and physical pain and suffering.

12. Hillar Kivi alleges loss of consortium due to the injuries sustained by his wife, Maria Kivi.

13. Attorney Jeremy G. Vishno Juris No. 402819, of Vishno Law Firm has appeared on behalf of Plaintiffs Maria and Hillar Kivi.

14. Attorney David Brosnihan, Juris. No. 435573, of Chartwell Law, LLP, has appeared on behalf of named Defendant, Chico's.

15. Attorney Christy E. Jachimowski, Juris No. 435076, of Lewis Brisbois Bisgaard & Smith LLP, has appeared on behalf of named Defendant, R-K Fairfield I, LLC.

15. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §1332(a)(1). The action may be removed to this Court pursuant to 28 U.S.C. §1441(a) and (b) as the Defendants are not citizens of Connecticut.

WHEREFORE, the petitioners pray that the above action now pending in the Superior Court of Bridgeport be removed therefrom to this Court.

Respectfully Submitted,
Defendant,
Chico's FAS, Inc.,

BY: /s/David A. Brosnihan
David A. Brosnihan
dbrosnihan@chartwelllaw.com
The Chartwell Law Offices, LLP
170 Worcester Street, Suite 200
Wellesley, Massachusetts 02481
Tel: (617) 426-2400; Fax: 617-395-2627
Bar No.: ct2949

## <u>CERTIFICATION</u>

I certify that a copy of the above was or will immediately be mailed or delivered

electronically or non-electronically on August 5, 2022, to all counsel and self-represented parties

of record and that written consent for electronic delivery was received from all counsel and self-

represented parties of record who were or will immediately be electronically served.

Jeremy G. Vishno, Esq.
VISHNO LAW FIRM
183 Sherman Street
Fairfield, CT 06824
jvishno@vishnolaw.com

Christy E. Jachimowski, Esq.
LEWIS BRISBOIS BISGAARD &
SMITH LLP
185 Asylum Street, Suite 2603
Hartford, CT 06103
HartfordEService@LewisBrisbois.com


/s/ David A. Brosnihan
David A. Brosnihan