# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1   Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☑ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| **1061 MAIN ST BRIDGEPORT CT 06604** | ( 203 ) 579 – 7240 | 06/14/2022 |

| ☑ Judicial District | ☐ G.A. | At (City/Town) | Case type code (See list on page 2) | |
|---|---|---|---|---|
| ☐ Housing Session | Number: | **BRIDGEPORT** | Major: **T** | Minor: **03** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| **JEREMY VISHNO, VISHNO LAW FIRM 183 SHERMAN ST., FAIRFIELD CT 06824** | **402819** |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 203 ) 256 – 2373 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☑ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed) JVISHNO@VISHNOLAW.COM |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: **KIVI, MARIA**<br>Address: **8 ELIZABETH DRIVE, WESTPORT CT 06880** | P-01 |
| **Additional plaintiff** | Name: **KIVI, HILLAR**<br>Address: **8 ELIZABETH DRIVE, WESTPORT CT 06880** | P-02 |
| **First defendant** | Name: **CHICO'S FAS, INC. BY AGENT FOR SERVICE: CORPORATE CREATIONS NETWORK INC.**<br>Address: 6 LANDMARK SQUARE, 4TH FLOOR, STAMFORD, CT, 06901, | D-01 |
| **Additional defendant** | Name: **R-K FAIRFIELD I, LLC BY AGENT FOR SERVICE: UNITED AGENT GROUP INC.**<br>Address: 6 LANDMARK SQUARE, 4TH FLOOR, STAMFORD, CT, 06901, United States | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 2 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued**. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☑ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 05/05/2022 | | ☐ _____ Clerk | JEREMY VISHNO |

| If this summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | | File Date |

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|
| | | | |

RETURN DATE JUNE 14, 2022          :          SUPERIOR COURT

MARIA KIVI &                       :          J.D. DISTRICT OF

HILLAR KIVI                        :

v.                                 :          BRIDGEPORT

CHICO'S FAS, INC. &

R-K FAIRFIELD I, LLC               :          MAY 5, 2022

## COMPLAINT

### COUNT ONE-V. CHICO'S FAS, INC.

1. At all times herein described, the defendant, Chico's FAS, Inc.. was a foreign corporation incorporated under the laws of the State of Florida, which owned and/or operated a national chain of retail clothing stores doing business as Chico's (both of which shall hereafter be referred to as "Chico's").

2. At all times herein described Chico's operated a store located at 1499 Post Road in the Town and County of Fairfield, in the State of Connecticut (hereafter the "Store").

3. On and prior to July 6, 2020, Chico's was in possession of, owned, controlled, maintained and/or operated the Store, including the interior pedestrian areas, and means of ingress and egress.

4.  At all times herein described, as a retail clothing store operator, Chico's was charged with providing a reasonably safe means of egress and ingress to its lawfully present customers, including the exit/entrance from/to the sidewalk adjacent to Post Road in Fairfield, CT.

5.  At all times herein described, Chico's was open to the public for retail clothing shoppers.

6.  On or about July 6, 2020 the plaintiff Maria Kivi (hereafter "Kivi") was a patron and/or customer at Chico's store and was attempting to exit by way of the front entrance to the sidewalk adjacent to Post Road.

7.  At said time and place, the Store had a means of egress/exit that included interior steps and an exit door facing Post Road that opened out to the sidewalk.

8.  At said time and place, that exit door opened outward from the Store, and had a step down to the sidewalk.

9.  At said time and place, Kivi was exiting from the door, when she stepped out toward the sidewalk, and fell from the step leading from the store down to the sidewalk.

10. As a result of that fall, she, suffered the injuries and losses described hereinafter.

11. Kivi's fall, and resultant injuries were proximately caused by the negligence and carelessness of Chico's, in one or more of the following respects, in that its agents servants and/or employees:  allowed a dangerous and defective condition to be present in a known pedestrian area, when in the exercise of reasonable care should have known of its existence, and the danger it posed to its patrons and customers, to wit, an unmarked and/or poorly marked step down to an outward opening door from an interior space; it knew or in the exercise of reasonable care should have known of the danger posed by the unmarked and/or poorly marked step down in that area given that it did in fact have prior notice of other patrons losing their balance on the same step down; failed to place reasonable and adequate signage and/or other means of warning of the step down to the exterior of the store, despite the danger posed in the absence of same; failed to post warning signs, barriers or otherwise give notice to pedestrians and Kivi that there was a dangerous and defective condition as described hereinabove; failed to meet the safety codes for means of egress from a retail store in Fairfield, Connecticut; failed to meet the safety codes for means of egress from a retail store in compliance with the Americans With Disabilities ACT (ADA).

12. As a result of the negligence and carelessness of Chico's acting by its agents, servants and/or employees, Kivi suffered the following severe and painful personal injuries, symptoms and losses:

      (a)    Traumatic injury to her bi-lateral hips, and including distal abductor muscular tendinous strains and/or stress changes, with pain and swelling/edema;

      (b)    Tendinosis/tendinopathy and partial tearing proximal origin of the hamstrings bi-laterally;

      (c)    Traumatic injury to her right hand and wrist including fracture of radius;

      (d)    Traumatic injury to her left ankle, including sprain of talofibular ligament and/or talus bone injury;

      (e)    Traumatic injury to her back, including wedge compression fracture at L4-5 and/or aggravation/exacerbation of pre-existing L4-5 fracture and/or back pain;

      (f)    Traumatic injury to her right knee including contusion and hematoma, and/or aggravation and/or exacerbation of a prior right knee avascular necrosis condition;

(g)     Mental and Physical Pain and suffering.

13. As a further result of the negligence and carelessness of Chico's, acting by its agents, servants and/or employees, as stated herein, Kivi was forced to incur medical expenses, including physician services, diagnostic testing, hospital, surgery, physical therapy, and related purposes, and prescription medicines.

14. As a further result of the negligence and carelessness of Chico's, acting by its agents, servants and/or employees, as stated herein, Kivi is likely to incur future medical expenses to her financial detriment.

15. As a further result of her injuries Kivi was forced to suffer, and will continue to suffer in the future, a loss of life's pleasures and diminished enjoyment of her customary life's activities.


## COUNT TWO-V. CHICO'S FAS, INC.-HILLAR KIVI: LOSS OF CONSORTIUM

1.-15.     Paragraphs 1-15 of Count One, are hereby incorporated into this Count Two as if fully re-stated.

16.     As a result of the negligence of Chico's, Maria Kivi's Husband, Hillar Kivi, suffered a loss of consortium

5

## COUNT THREE-V. R-K FAIRFIELD I, LLC

1. At all times herein described, the defendant, R-K Fairfield I, LLC was a foreign limited liability company incorporated under the laws of the State of Delaware (hereafter "R-K"), which owned, possessed, controlled, maintained and/or operated a building located at 1499 Post Road in the Town and County of Fairfield, State of Connecticut (hereafter the "Building").

2. The Building included several business operations, including defendant, Chico's.

3. At all times herein described R-K, as owner of the building, was charged with a non-delegable duty with regard to the proper care, maintenance and safety of the building for patrons of the businesses located thereat, including the Chico's store.

4. On and prior to July 6, 2020, R-K was in possession of, owned, controlled, maintained and/or was solely responsible for safely maintaining the Building, including the means of egress and ingress to its lawfully present customers of the businesses located thereat, including the entrance from the sidewalk adjacent to Post Road in Fairfield, CT from Chico's.

5. At all times herein described, Chico's was open to the public for retail clothing shoppers.

6.  On or about July 6, 2020 the plaintiff Maria Kivi (hereafter "Kivi") was a patron
    and/or customer at Chico's store and was attempting to exit by way of the front
    entrance to the sidewalk adjacent to Post Road.

7.  At said time and place, the Store had a means of egress/exit that included
    interior steps and an exit door facing Post Road that opened out to the sidewalk.

8.  At said time and place, that exit door opened outward from the Store, and had a
    step down to the sidewalk.

9.  At said time and place, Kivi was exiting from the door, when she stepped out
    toward the sidewalk, and fell from the step leading from the store down to the
    sidewalk.

10. As a result of that fall, she, suffered the injuries and losses described hereinafter.

11. Kivi's fall, and resultant injuries were proximately caused by the negligence and
    carelessness of R-K, in one or more of the following respects, in that its agents
    servants and/or employees:  allowed a dangerous and defective condition to be
    present in a known pedestrian area, when in the exercise of reasonable care
    should have known of its existence, and the danger it posed to its patrons and
    customers, to wit, an unmarked and/or poorly marked step down to an outward
    opening door from an interior space; it knew or in the exercise of reasonable care

should have known of the danger posed by the unmarked and/or poorly marked step down in that area given that it did in fact have prior notice of other patrons losing their balance on the same step down; failed to place reasonable and adequate signage and/or other means of warning of the step down to the exterior of the store, despite the danger posed in the absence of same; failed to post warning signs, barriers or otherwise give notice to pedestrians and Kivi that there was a dangerous and defective condition as described hereinabove; failed to meet the safety codes for means of egress from a retail store in Fairfield, Connecticut; failed to meet the safety codes for means of egress from a retail store in compliance with the Americans With Disabilities ACT (ADA).

12. As a result of the negligence and carelessness of R-K acting by its agents, servants and/or employees, Kivi suffered the following severe and painful personal injuries, symptoms and losses:

      (h)    Traumatic injury to her bi-lateral hips, and including distal abductor muscular tendinous strains and/or stress changes, with pain and swelling/edema;

      (i)    Tendinosis/tendinopathy and partial tearing proximal origin of the hamstrings bi-laterally;

(j)     Traumatic injury to her right hand and wrist including fracture of

radius;

(k)     Traumatic injury to her left ankle, including sprain of talofibular

ligament and/or talus bone injury;

(l)     Traumatic injury to her back, including wedge compression fracture

at L4-5 and/or aggravation/exacerbation of pre-existing L4-5

fracture and/or back pain;

(m)     Traumatic injury to her right knee including contusion and

hematoma, and/or aggravation and/or exacerbation of a prior right

knee avascular necrosis condition;

(n)     Mental and Physical Pain and suffering.

13. As a further result of the negligence and carelessness of R-K, acting by its

agents, servants and/or employees, as stated herein, Kivi was forced to incur

medical expenses, including physician services, diagnostic testing, hospital,

surgery, physical therapy, and related purposes, and prescription medicines.

14. As a further result of the negligence and carelessness of R-K, acting by its

agents, servants and/or employees, as stated herein, Kivi is likely to incur future

medical expenses to her financial detriment.

15. As a further result of her injuries Kivi was forced to suffer, and will continue to suffer in the future, a loss of life's pleasures and diminished enjoyment of her customary life's activities.

### COUNT FOUR-V. R-K FAIRFILED I, LLC.-HILLAR KIVI: LOSS OF CONSORTIUM

1.-15.    Paragraphs 1-15 of Count Three, are hereby incorporated into this Count Four as if fully re-stated.

16.    As a result of the negligence of R-K, Maria Kivi's Husband, Hillar Kivi, suffered a loss of consortium

**WHEREFORE**, THE PLAINTIFFS SEEK MONEY DAMAGES AS TO EACH COUNT

THE PLAINTIFF,

Jeremy G. Vishno, Esq.
VISHNO LAW FIRM
183 Sherman St.
Fairfield, CT 06824
p. (203) 203-256-2373
f. (203) 850-7462
Juris #402819
EMAIL: jvishno@vishnolaw.com

| | | |
|---|---|---|
| RETURN DATE JUNE 14, 2022 | : | SUPERIOR COURT |
| MARIA KIVI & | : | J.D. DISTRICT OF |
| HILLAR KIVI | : | |
| v. | : | BRIDGEPORT |
| CHICO'S FAS, INC. & | | |
| R-K FAIRFIELD I, LLC | : | MAY 5, 2022 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is greater than $15,000.00, exclusive of interest and costs.

THE PLAINTIFF,

By:_____

Jeremy G. Vishno
VISHNO LAW FIRM
183 Sherman St.
Fairfield, CT 06824
P.203-256-2373
F. 203-850-7462
Juris #: 402819
jvishno@vishnolaw.com

11

**APPEARANCE**
JD-CL-12   Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
|---|
| Jun-14-2022 |
| Docket Number |
| FBT-CV-22-6115239-S |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**KIVI, MARIA Et Al v. CHICO'S FAS, INC. Et Al**

| Housing Session ☐ | Judicial District ☒ | Geographic Area ☐ | Address of court *(Number, street, town and zip code)* **1061 MAIN STREET BRIDGEPORT, CT 06604** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
|---|---|---|---|---|

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)* **CHARTWELL LAW OFFICES** | Juris number *(For attorney/law firm)* **443291** |
|---|---|

| Mailing address **170 WORCESTER STREET SUITE 200** | Post Office box number | Telephone number *(Area code first)* **6174208046** |
|---|---|---|

| City/town **WELLESLEY** | State **MA** | Zip code **02481** | Fax number **617-395-2627** | E-mail address **dbrosnihan@chartwelllaw.com** |
|---|---|---|---|---|

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____

**DEFENDANT**
☐ The Defendant.
☐ All Defendants.
☒ The following Defendant(s) only:
  **Pty# D-01 CHICO'S FAS, INC.**

☐ **Other** *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender **or** ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                    *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
   *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)**   ☒ Yes   ☐ No

| Signed *(Individual attorney or self-represented party)* **435573** | Name of person signing at left *(Print or type)* **DAVID ANDREW BROSNIHAN** | Date signed **May 19 2022** |
|---|---|---|

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ____May 19 2022____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**JEREMY VISHNO - 183 SHERMAN STREET/FAIRFIELD, CT 06824**

*FOR COURT USE ONLY*

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* **435573** | Print or type name of person signing **DAVID ANDREW BROSNIHAN** | Date signed **May 19 2022** |
|---|---|---|

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| | |
|---|---|
| Return date *(For Civil/Family cases)* | **Jun-14-2022** |
| Docket Number | **FBT-CV-22-6115239-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**KIVI, MARIA Et Al v. CHICO'S FAS, INC. Et Al**

| Housing Session ☐ | Judicial District ☒ | Geographic Area ☐ | Address of court *(Number, street, town and zip code)*  **1061 MAIN STREET BRIDGEPORT, CT 06604** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
|---|---|---|---|---|

## Enter the Appearance of

| Name *(Your name or name of official, firm, professional corporation, or individual attorney)*  **DAVID ANDREW BROSNIHAN** | Juris number *(For attorney/law firm)*  **435573** |
|---|---|

| Mailing address  **170 WORCESTER STREET SUITE 200** | Post Office box number | Telephone number *(Area code first)*  **6174208046** |
|---|---|---|

| City/town  **WELLESLEY HILLS** | State  **MA** | Zip code  **02481** | Fax number  **617-395-2627** | E-mail address  **dbrosnihan@chartwelllaw.com** |
|---|---|---|---|---|

in the case named above for: *(Select one of the following parties)*

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| ☐ The Plaintiff. | ☐ The Defendant. |
| ☐ All Plaintiffs. | ☐ All Defendants. |
| ☐ The following Plaintiff(s) only: | ☒ The following Defendant(s) only:  **Pty# D-01 CHICO'S FAS, INC.** |

☐ **Other** *(Specify):*

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender **or** ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                 (Special Public Defender)
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☒ This appearance is in place of the appearance of:   CHARTWELL LAW OFFICES 443291
                                          *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)**  ☒ Yes  ☐ No

| Signed *(Individual attorney or self-represented party)*  **435573** | Name of person signing at left *(Print or type)*  **DAVID ANDREW BROSNIHAN** | Date signed  **Jun 16 2022** |
|---|---|---|

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* _____Jun 16 2022_____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**JEREMY VISHNO - 183 SHERMAN STREET/FAIRFIELD, CT 06824**
**CHARTWELL LAW OFFICES - 170 WORCESTER STREET/SUITE 200/WELLESLEY, MA 02481**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)*  **435573** | Print or type name of person signing  **DAVID ANDREW BROSNIHAN** | Date signed  **Jun 16 2022** |
|---|---|---|

**APPEARANCE**
JD-CL-12  Rev. 12-21
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Return date *(For Civil/Family cases)* |
| --- |
| Jun-14-2022 |
| Docket Number |
| FBT-CV-22-6115239-S |

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**KIVI, MARIA Et Al v. CHICO'S FAS, INC. Et Al**

| Housing Session | Judicial District [X] | Geographic Area | Address of court *(Number, street, town and zip code)*  **1061 MAIN STREET BRIDGEPORT, CT 06604** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
| --- | --- | --- | --- | --- |

## Enter the Appearance of

| Name *(Your name of official, firm, professional corporation, or individual attorney)*  **LEWIS BRISBOIS BISGAARD & SMITH LLP** | Juris number *(For attorney/law firm)*  **435076** |
| --- | --- |

| Mailing address  **185 ASYLUM STREET SUITE 2603** | Post Office box number | Telephone number *(Area code first)*  **860-748-4806** |
| --- | --- | --- |

| City/town  **HARTFORD** | State  **CT** | Zip code  **06103** | Fax number  **860-748-4857** | E-mail address  **HartfordEService@lewisbrisbois.com** |
| --- | --- | --- | --- | --- |

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:
_____

**DEFENDANT**
☐ The Defendant.
☐ All Defendants.
[X] The following Defendant(s) only:
**Pty# D-02 R-K FAIRFIELD I, LLC**

☐ **Other** *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender or ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                            *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
   *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case. (Practice Book Sec. 10-13)** [X] Yes  ☐ No

| Signed *(Individual attorney or self-represented party)*  **427824** | Name of person signing at left *(Print or type)*  **CHRISTY E JACHIMOWSKI** | Date signed  **Jul 18 2022** |
| --- | --- | --- |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ____Jul 18 2022____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**JEREMY VISHNO - 183 SHERMAN STREET/FAIRFIELD, CT 06824**
**DAVID BROSNIHAN - 170 WORCESTER STREET/SUITE 200/WELLESLEY HILLS, MA 02481**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed  *(Signature of filer)*  *427824* | Print or type name of person signing  **CHRISTY E JACHIMOWSKI** | Date signed  **Jul 18 2022** |
| --- | --- | --- |

**Joseph L.A. Felner Jr.**
Connecticut State Marshal
Fairfield County
P.O.Box 596
Fairfield, CT 06824

Cell Phone
(203)209-0430

STATE OF CONNECTICUT

ss: Fairfield          Date : May 9, 2022

COUNTY OF FAIRFIELD

Then and there, by virtue hereof and by special direction of the plaintiffs' Attorney, I made service of the within and foregoing original **Summons – Civil, Complaint and Statement of Amount in Demand** by leaving a true and attested copy for **Chico's Fas, Inc.** with and in the hands of Maurim Anderson authorized to accept service for **Agent for Service Corporate Creations Network Inc.,** at the usual place of business Connecticut Business Centers, 5 Landmark Square, Stamford, CT.

I then made further service of the within and foregoing original by leaving a true and attested copy for **R-K Fairfield I, LLC** with and in the hands of Maurim Anderson authorized to accept service for **Agent for Service United Agent Group Inc.,** at the usual place of business Connecticut Business Centers, 5 Landmark Square, Stamford, CT.

The within and foregoing is the original **Summons – Civil, Complaint and Statement of Amount in Demand** with my doings thereon endorsed.

Fees:

| | | |
|---|---|---|
| Service Fee | $ | 80.00 |
| Travel | | 24.10 |
| Verified Copies | | 24.00 |
| Endorsement | | 2.80 |
| Total | $ | 130.90 |

ATTEST : _____

Joseph L.A. Felner Jr.
Connecticut State Marshal
Fairfield County

# Invoice

<table>
<tr><td rowspan="2"><b>Joseph L.A. Felner Jr.</b><br><b>Connecticut State Marshal</b><br><b>Fairfield County</b><br><b>PO BOX 596</b><br><b>Fairfield CT 06824</b></td><td>Date</td><td>Invoice #</td></tr>
<tr><td>5/9/2022</td><td>26727</td></tr>
</table>

**Bill To**

Jeremy G. Vishno Law Firm
183 Sherman Street
Fairfield CT 06824

| Services Rendered | Description | Fees | Amount |
|---|---|---|---|
| | Summons – Civil, Complaint and Statement of Amount in Demand | | |
| | Re: Maria & Hillar Kivi    v   Chico's Fas, Inc., and R-K Fairfield I, LLC | | |
| 5/9/2022 | Chico's Fas, Inc.<br>Agent for Service Corporate Creations Network Inc.,<br>5 Landmark Square,<br>Stamford, CT. | | |
| 5/9/2022 | R-K Fairfield I, LLC<br>Agent for Service United Agent Group Inc.,<br>5 Landmark Square,<br>Stamford, CT. | | |
| | | Service Fee | 80.00 |
| | | Travel | 24.10 |
| | | Verified Copies | 24.00 |
| | | Endorsement | 2.80 |

PAYMENT IS DUE UPON COMPLETION OF SERVICE UNLESS PRIOR ARRANGEMNTS HAVE BEEN MADE.  A FINANCE CHARGE OF 1.5% PER MONTH (18% PER YEAR) MAY BE APPLIED TO ALL PAST DUE INVOICES. BILLEE IS RESPONSIBLE FOR ALL FINANCE CHARGES PLUS COST OF COLLECTIONS ON PAST DUE INVOICES.
RETURN CHECK POLICY: A $35.00 FEE WILL BE ADDED TO ANY RETURNED CHECKS.

**Total** $130.90

$130.90

FBT-CV22-6115239                     :           SUPERIOR COURT

:

MARIA KIVI & HILLAR KIVI        :          J.D. DISTRICT OF                :

:

v.                                         :          BRIDGEPORT

:

CHICO'S FAS, INC. &               :

R-K FAIRFIELD I, LLC               :

:         JULY 6, 2022

## CHICO'S FAS, INC.'S ANSWER AND SPECIAL DEFENSES TO PLAINTIFFS' COMPLAINT

Defendant, Chico's FAS, Inc. (hereinafter "Chico's"), by undersigned counsel, submits its Answer and Special Defenses in response to the Plaintiffs' Complaint, as follows:

## COUNT ONE – V. CHICO'S FAS, INC.

1.       Admitted.

2.       Chico's admits that it operated a store located at 1499 Post Road, Fairfield, Connecticut.

3.       Chico's admits that on July 6, 2020, it was in possession of, controlled, and operated a store located at 1499 Post Road, Fairfield, Connecticut. The remaining allegations in this paragraph are denied, as the store location was maintained and owned by codefendant R-K Fairfield I, LLC.

4.       Paragraph 4 states a legal conclusion to which no response is required. To the extent a response is required, Chico's states that is did maintain a reasonably safe means of egress and ingress for its customers, including the exit/entrance from/to the sidewalk adjacent to Post Road in Fairfield, CT.

5.       Admitted.

6.       Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and leaves Plaintiff

to her burden of proof.

7.     Admitted.

8.     Admitted.

9.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint and leaves Plaintiff to her burden of proof.

10.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiffs' Complaint and leaves Plaintiff to her burden of proof.

11.     All allegations of breach of duty, carelessness, and negligence on the part of Chico's are denied. In further responding, it is averred that the allegations of breach of duty, carelessness and negligence constitute conclusions of law to which no responsive pleading is required. To the extent a further answer, however, may be required, Chico's denies each and every one of the allegations contained in paragraph 11. In further responding, Chico's objects to Plaintiffs' allegation that Chico's "failed to place reasonable and adequate signage and/or other means of warning" as it is false and unsupported by fact; Chico's has several clearly visible warning sings both outside and inside its' store stating "WATCH YOUR STEP".

12.     All allegations of breach of duty, carelessness, and negligence on the part of Chico's, including its' agents, are denied. In further responding, it is averred that the allegations of breach of duty, carelessness and negligence constitute conclusions of law to which no responsive pleading is required. To the extent a further answer, however, may be required, Chico's denies each and every one of the allegations regarding breach of duty, carelessness, and/or negligence contained in paragraph 12, including subsections a. through g. In further responding,

Chico's states that is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Plaintiffs' Complaint and leaves Plaintiff to her burden of proof.

13. Chico's denies all allegations as to negligence, carelessness, and injury causation. As to all other allegations contained in this paragraph, Chico's does not have sufficient knowledge or information upon which a belief or opinion about the truth of the of the additional matters contained therein and, therefore, leaves the Plaintiff to her burden of proof.

14. Chico's denies all allegations as to negligence, carelessness, and injury causation. As to all other allegations contained in this paragraph, Chico's does not have sufficient knowledge or information upon which a belief or opinion about the truth of the of the additional matters contained therein and, therefore, leaves the Plaintiff to her burden of proof.

15. Chico's denies all allegations as to negligence and injury causation. As to all other allegations contained in this paragraph, Chico's does not have sufficient knowledge or information upon which a belief or opinion about the truth of the of the additional matters contained therein and, therefore, leaves the Plaintiff to her burden of proof.

## COUNT TWO – V. CHICO'S FAS, INC. – HILLAR KIVI: LOSS OF CONSORTIUM

1.-15. Chico's restates and reavers its' responses to paragraphs 1 through 15 and incorporates the same as if fully stated herein.

16. Chico's denies all allegations as to negligence and injury causation. As to all other allegations contained in this paragraph, Chico's does not have sufficient knowledge or information upon which a belief or opinion about the truth of the of the additional matters contained therein and, therefore, leaves the Plaintiff to his burden of proof.

## COUNT THREE – V. R-K FAIRFIELD I, LLC

The allegations in the Count Three are directed at a different defendant and therefore no response is required by Chico's. To the extent a response is required, Chico's denies the allegations in the Count Three.

## COUNT FOUR – V. R-K FAIRFIELD I, LLC – HILLAR KIVI: LOSS OF CONSORTIUM

The allegations in the Count Four are directed at a different defendant and therefore no response is required by Chico's. To the extent a response is required, Chico's denies the allegations in the Count Four.

## BY WAY OF SPECIAL DEFENSES

### FIRST SPECIAL DEFENSE

If the Plaintiff suffered injuries and losses as alleged, said injuries and losses were proximately or directly caused by the negligence, recklessness or carelessness of person(s) or entity(ies) other than Chico's and over whom Chico's exercised or had no control, nor the duty to control, including but not limited to, R-K Fairfield I, LLC.

### SECOND SPECIAL DEFENSE

If the Plaintiff suffered injuries and losses as alleged, said injuries and losses were directly and proximately caused in whole or in part by her own negligence and carelessness in one or more of the following ways, in that she:

a.   failed to be watchful, careful and alert as to where she was going, what she was doing and the area over which she chose to walk;

b.   failed to make reasonable and proper use of her senses and faculties;

c.   failed to take the necessary and proper precautions to observe the warnings and conditions then and there existing;

d.   failed to observe or avoid the conditions which she alleges were dangerous;

e.     failed to use reasonable care for her own safety commensurate with the existing warnings, circumstances, and conditions; and

f.     knew, or should have known, of the alleged conditions then and there existing but failed to use reasonable care for her own safety commensurate with warnings, circumstances, and conditions.

**THIRD SPECIAL DEFENSE**

Chico's hereby reserves the right to add additional defenses as may become known to it during the course of discovery.

Respectfully Submitted,
Defendant,
Chico's FAS, Inc.,

BY: /s/David A. Brosnihan
        David A. Brosnihan
        dbrosnihan@chartwelllaw.com
        The Chartwell Law Offices, LLP
        170 Worcester Street, Suite 200
        Wellesley, Massachusetts 02481
        Tel: (617) 426-2400; fax: 617-395-2627
        Juris No.: 435573

## **CERTIFICATION**

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on July 6, 2022 to counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Jeremy G. Vishno, Esq.
VISHNO LAW FIRM
183 Sherman Street
Fairfield, CT 06824
jvishno@vishnolaw.com

/s/ David A. Brosnihan
David A. Brosnihan

# CLAIM FOR JURY

JD-CL-53 Rev. 6-12
C.G.S. §§ 52-215, 52-258
Pr. Bk. §§ 14-4, 14-8, 14-10

STATE OF CONNECTICUT
## SUPERIOR COURT
*www.jud.ct.gov*

| Court Use Only |
| --- |
| **CLAIM6** |

**Instructions**
1. This claim must be accompanied by the appropriate jury fee (Section 52-258 of the Connecticut General Statutes).
2. When pleadings are closed, a Certificate of Closed Pleadings (JD-CV-11) must also be filed.

# To: The Superior Court

| | |
| --- | --- |
| Return date | **Jun-14-2022** |
| Docket number | **FBT-CV-22-6115239-S** |

Name of case *(Full name of Plaintiff v. Full name of Defendant)*
**KIVI, MARIA Et Al v. CHICO'S FAS, INC. Et Al**

[X] Judicial District    [ ] Housing Session    [ ] Geographical Area number ____

Address of court *(Number, street, town and zip code)*
**1061 MAIN STREET BRIDGEPORT, CT 06604**

## This case is claimed for the inventory of jury cases.

*(A certificate of closed pleadings must be filed before the case named above can be placed on the inventory of jury cases.)*

Claim filed by *("X" one)*
[ ] Plaintiff's Attorney    [ ] Plaintiff    [X] Defendant's Attorney    [ ] Defendant

Name of Law Firm, Attorney, or Self-Represented Party
**DAVID ANDREW BROSNIHAN**

| Mailing address *(Number, street, town, state and zip code)* | Telephone number |
| --- | --- |
| **170 WORCESTER STREET SUITE 200 WELLESLEY HILLS, MA 02481** | **6174208046** |

## Certification

I certify that this claim is filed in accordance with section 52-215 of the Connecticut General Statutes and that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* ___**Jul-6-2022**___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
| --- | --- |
| **JEREMY VISHNO - 183 SHERMAN STREET/FAIRFIELD, CT 06824** | |

| Signed *(Signature of filer)* ▶ 435573 | Print or type name of person signing **DAVID ANDREW BROSNIHAN** | Date signed **Jul-6-2022** |
| --- | --- | --- |
| Mailing address *(Number, street, town, state and zip code)* **170 WORCESTER STREET SUITE 200 WELLESLEY HILLS, MA 02481** | | Telephone number **6174208046** |

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

| FBT CV 22 6115239 | : | SUPERIOR COURT |
| MARIA KIVI | : | J.D. DISTRICT OF |
| v. | : | BRIDGEPORT |
| CHICO'S FAS, INC. & | | |
| R-K FAIRFIELD I, LLC | : | JULY 7, 2022 |

## REPLY

The plaintiff hereby denies the allegations of the defendant, Chico's FAS, Inc's  first, second and third special defenses.

THE PLAINTIFF,

**By:** **//402819//**
Jeremy G. Vishno
VISHNO LAW FIRM
183 Sherman St.
Fairfield, CT 06824
P.203-256-2373
F. 203-850-7462
Juris #: 402819
jvishno@vishnolaw.com

## <u>CERTIFICATION</u>

This shall certify that a copy of this pleading was emailed to counsel for the

defendant, Chico's FAS: dbrosnihan@chartwell.com

THE PLAINTIFF,


**By:** **//402819//**
     Jeremy G. Vishno
     Commissioner of the Superior Court

DOCKET NO:  FBT-CV22-6115239-S      :   SUPERIOR COURT

MARIA KIVI, ET AL      :   JUDICIAL DISTRICT OF FAIRFIELD

V.      :   AT  BRIDGEPORT

CHICOS FAS, INC., Et Al      :   JULY 18, 2022

## DEFENDANTS R K FAIRFIELD I, LLC'S
## MOTION FOR EXTENSION OF TIME TO PLEAD

       The Defendant R-K FAIRFIELD I, LLC, moves this Court for an extension of time of sixty (60) days, up to and including September 16, 2022 within which to respond to the Complaint with a return date of June 14, 2022.  The additional time is necessary in order to investigate and determine an appropriate responsive pleading.

       WHEREFORE, the undersigned defendant moves for an extension of time until September 16, 2022, within which to file a responsive pleading to the Complaint.

THE DEFENDANT,
R-K FAIRFIELD I, LLC


BY:    */s/ Christy E. Jachimowski*
          Christy E. Jachimowski
          LEWIS BRISBOIS BISGAARD &
          SMITH LLP
          HartfordEService@LewisBrisbois.com

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
185 Asylum Street, Suite 2603
Hartford, CT 06103
**Juris No. 427824**
**PHONE:  860.566.8045**
**FAX:  860.748.4857**

## **CERTIFICATION OF SERVICE**

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on this 18ᵗʰ day of July, 2022 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Attorney Jeremy G. Vishno
Vishno Law Firm
183 Sherman Street
Fairfield, CT 06824
T: (203) 256-2373
F: (203) 286-1367
*accepts electronic service:*: jvishno@vishnolaw.com
(Counsel for Plaintiffs Maria Kivi and Hillar Kivi)

David Brosnihan, Esq.
70 Worcester Street, Suite 200
Wellesley Hills, MA 02481
T: (617) 420-8046
F: (617) 395-2627
*accepts electronic service:* dbrosnihan@chartwelllaw.com
(Counsel for Co-defendant, Chicos FAS, Inc.)

                                        _/s/ Christy E. Jachimowski_____
                                        Christy E. Jachimowski

4890-7257-2457.1                                    2

ORDER   422677

DOCKET NO: FBTCV226115239S

SUPERIOR COURT

KIVI, MARIA Et Al
   V.
CHICO'S FAS, INC. Et Al

JUDICIAL DISTRICT OF FAIRFIELD
  AT BRIDGEPORT

8/1/2022

ORDER

ORDER REGARDING:
07/18/2022 106.00 MOTION FOR EXTENSION OF TIME TO PLEAD

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Superior Court Results Automated Mailing (SCRAM) Notice was sent on the underlying motion.

422677
_____

Judge: THEODORE R TYMA

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.